FILED: July 16, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1891
(1:11-cv-00149-IMK-JSK)

_____

KEN DIVINEY, Parent and Next Friend of Ryan Kenneth Diviney

        Plaintiff - Appellant

 and

BRIAN MATTHEW MCLHINNEY

        Plaintiff

v.

AUSTIN VANTREASE; JONATHAN MAY

        Defendants - Appellees

 and

COLIN MCKEFFERY; BRANDON GROUX; TYLER HUSFELT; ALEXANDER WOODS

        Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Northern District of West Virginia at |
|---|---|

|  | Clarksburg |
|---|---|
| Originating Case Number | 1:11-cv-00149-IMK-JSK |
| Date notice of appeal filed in originating court: | 07/12/2013 |
| Appellant (s) | Ken Diviney |
| Appellate Case Number | 13-1891 |
| Case Manager | Tony Webb<br>804-916-2702 |