# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

July 24, 2013

No. 13-1891
(1:11-cv-00149-IMK-JSK)

KEN DIVINEY, Parent and Next Friend of Ryan Kenneth Diviney

    Plaintiff - Appellant

and

BRIAN MATTHEW MCLHINNEY

    Plaintiff

v.

AUSTIN VANTREASE; JONATHAN MAY

    Defendants - Appellees

and

COLIN MCKEEFERY; BRANDON GROUX; TYLER HUSFELT; ALEXANDER WOODS

    Defendants

---

## JOINT MOTION FOR VOLUNTARY DISMISSAL

COME NOW the parties, by counsel, and MOVE this Court for Dismissal of the above-docketed Appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and Local Rule 42. (Voluntary Dismissal). All of the parties have agreed to dismiss the case upon such terms that have been agreed upon by the parties. All costs and fees associated with this Appeal have already

1

been paid by the Appellant.

Submitted by:

_[signature]_

Alex J. Shook, WV Bar ID # 7506
HAMSTEAD, WILLIAMS & SHOOK PLLC
315 High Street
Morgantown, WV 26505
(304) 296-3636
*Counsel for Appellant*

Agreed to by:

_[signature] Alex Shook for w/ permission_

Heather M. Noel, WV Bar ID #7814
MACCORKLE, LAVENDER & SWEENEY PLLC
2004 White Willow Way
Morgantown, WV 26505
*Counsel for Appellee Vantrease*

_[signature] Alex Shook w/ permission_

Thomas G. Steele, WV Bar ID #4990
Steele Law Offices
P.O. Box 1494
360 Lee Avenue
Clarksburg, WV 26302
*Counsel for Appellee May*

_[signature] Alex Shook w/ permission_

Debra Scudiere, WV ID #1750
KAY CASTO & CHANEY, PLLC
1085 Van Voorhis Road, Suite 100
Morgantown, WV 26505
*Guardian ad litem for Ryan Diviney*

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219
www.ca4.uscourts.gov

July 24, 2013

No. 13-1891
(1:11-cv-00149-IMK-JSK)

_____

KEN DIVINEY, Parent and Next Friend of Ryan Kenneth Diviney

    Plaintiff - Appellant

and

BRIAN MATTHEW MCLHINNEY

    Plaintiff

v.

AUSTIN VANTREASE; JONATHAN MAY

    Defendants - Appellees

and

COLIN MCKEEFERY; BRANDON GROUX; TYLER HUSFELT; ALEXANDER WOODS

    Defendants

_____

## CERTIFICATE OF SERVICE

_____

I certify that on July 24th, 2013, I sent by U.S. Mail and email, the "Certificate of Service" and "Joint Motion for Voluntary Dismissal" to the parties listed below:

Heather M. Noel, Esquire
MACCORKLE, LAVENDER & SWEENEY PLLC
2004 White Willow Way
Morgantown, WV 26505
*Counsel for Appellee Vantrease*

Thomas G. Steele, Esquire
Steele Law Offices
P.O. Box 1494
360 Lee Avenue
Clarksburg, WV 26302
*Counsel for Appellee May*

Patrick J. Nooney, Esquire
PATRICK J. NOONEY, P.A.
117 South Potomac Street, Second Floor
PO Box 3115
Hagerstown, MD 21741
*Counsel for Appellee May*

Debra Scudiere, Esquire
KAY CASTO & CHANEY, PLLC
1085 Van Voorhis Road, Suite 100
Morgantown, WV 26505
*Guardian ad litem for Ryan Diviney*

Ken Diviney
21092 Carthagena Court
Ashburn, VA 20147
*Appellant*

Alex J. Shook, WV Bar ID # 7506
HAMSTEAD, WILLIAMS & SHOOK PLLC
315 High Street
Morgantown, WV 26505
(304) 296-3636
*Counsel for Appellant*

2