FILED: July 24, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1891
(1:11-cv-00149-IMK-JSK)

_____

KEN DIVINEY, Parent and Next Friend of Ryan Kenneth Diviney

      Plaintiff - Appellant

and

BRIAN MATTHEW MCLHINNEY

      Plaintiff

v.

AUSTIN VANTREASE; JONATHAN MAY

      Defendants - Appellees

and

COLIN MCKEFFERY; BRANDON GROUX; TYLER HUSFELT; ALEXANDER WOODS

      Defendants

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*